■ ELAINE CATHERWOOD et al., Appellants, v AMERICAN STERILIZER Co. et al., Respondents. (Appeal No. 2.)—Order affirmed, without costs, for reasons stated at Special Term, Mintz, J. Same memorandum as in *Catherwood v American Sterilizer Co.* ([appeal No. 1.] 126 AD2d 978 [decided herewith]).

Doerr and Boomer, JJ., concur; Lawton, J., concurs in the same concurring memorandum as in *Catherwood v American Sterilizer Co.* ([appeal No. 1] 126 AD2d 978).

Callahan, J. P., and Green, J., dissent and vote to reverse and grant plaintiffs' motion, in the same dissenting memorandum as in *Catherwood v American Sterilizer Co.* ([appeal No. 1] 126 AD2d 978, 979). (Appeal from order of Supreme Court, Erie County, Mintz, J.—dismiss complaint.) Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.